**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TOBIAS FONSECA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00567

Judge Elaine E. Bucklo

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 72 | Sinnky |
| 3 | XCTRQBHD |
| 106 | Shylapi Direct Store |
| 109 | Shenzhen Yafen Clothing Co., Ltd |
| 119 | BEST EVER |
| 120 | Pedo |
| 124 | ArtShop |
| 100 | gersrd |
| 104 | 沈阳市铁西区星寒潮流服装店 |
| 118 | Yi Shi Jewelry |
| 114 | PLUS GIRL FASHION |
| 116 | Relina Ladies Underwear |
| 71 | gShopVV |
| 67 | OLinlife |
| 75 | FOIYN |
| 99 | Seyoys |
| 101 | Aohicon-US |
| 102 | Cosiki |
| 103 | Sugoyi |
| 115 | Interesting design |

| 122 | Creative Designer |
|-----|-------------------|
| 123 | Be kind |

DATED:  March 21, 2024 Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 21, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt